■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK McCOVERY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People*

*v Crawford,* 71 AD2d 38). (Appeal from Judgment of Erie County Court, McCarthy, J.—Robbery, 2nd Degree.) Present—Denman, P. J., Green, Lawton, Fallon and Doerr, JJ.